

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-08-00269-CV

## IN RE JOHN BENJAMIN CLOPTON, JR.
## AND BARBARA ANN CLOPTON

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

The petition for writ of mandamus is dismissed as moot because the Respondent

issued an August 13, 2008 order requesting the assignment of a special judge to preside

in the underlying case, which is the relief sought in the mandamus petition.

BILL VANCE
Justice

Before Chief Justice Gray,
      Justice Vance, and
      Justice Reyna
Petition dismissed
Opinion delivered and filed September 3, 2008
[OT06]